Roland L. MARTINEZ, Appellant,

v.

Linda A. JOHNSON, Respondent.

No. WD 50340.

Missouri Court of Appeals, Western District.

Oct. 31, 1995.

Motion for Transfer to Supreme Court Dec. 5, 1995.

Roland L. Martinez, acting pro se.

Kevin Driscoll, Kansas City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal from judgment of trial court against appellant and judgment in favor of respondent on her counterclaim.

Judgment affirmed. Rule 84.16(b).